IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES BOND,

    Petitioner,

v.                                4:14cv328-WS/CAS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed January 8, 2016. <u>See</u> Doc. 21. The magistrate judge recommends that Charles Bond's amended petition for writ of habeas corpus be dismissed. Bond has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 20) is GRANTED.

3. The petitioner's amended petition (doc. 12) for writ of habeas corpus and this action are DISMISSED as untimely.

3.  The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus and this action are DISMISSED as untimely."

DONE AND ORDERED this    11th    day of    February   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE